Fill in this information to identify the case:

United States Bankruptcy Court for the:
**Western District of Texas**

Case number (if known): _____ Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Laurent Tower, LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | **Victoria Tower** | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **2 0 – 8 8 9 3 1 9 7** | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| c/o William Wendlandt | |
| 1908 N. Laurent St. | |
| Number     Street | Number     Street |
| Victoria, TX 77901 | |
| City     State   ZIP Code | City     State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Victoria | |
| County | 1908 N. Laurent St. |
| | Number     Street |
| | Victoria, TX 77901 |
| | City     State   ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page **1**

Debtor **Laurent Tower, LLC**  Case number *(if known)* _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**5 3 1 1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When __/__/____ Case number _____
      District _____ When __/__/____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes. Debtor **120-MP Victoria, Ltd.**  Relationship **Affiliate**
      District **Western District of Texas**  When **5/5/2025**
      Case number, if known **25-10658**

Debtor **Laurent Tower, LLC**     Case number *(if known)* _____
     Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
     Number    Street

_____
City      State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
     Contact name _____
     Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000
☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000     ☑ $1,000,001-$10 million     ☐ $500,000,001-$1 billion
☐ $50,001-$100,000     ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

Debtor  **Laurent Tower, LLC**  Case number *(if known)* _____
      Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/05/2025**
          MM/ DD/ YYYY

X **/s/ William Wendlandt**         **William Wendlandt**
Signature of authorized representative of debtor      Printed name

Title **Manager**

**18. Signature of attorney**

X **/s/ Ronald Smeberg**     Date **05/05/2025**
Signature of attorney for debtor       MM/ DD/ YYYY

**Ronald Smeberg**
Printed name

**The Smeberg Law Firm**
Firm name

**4 Imperial Oaks**
Number     Street

**San Antonio**     **TX**     **78248-1609**
City     State     ZIP Code

**(210) 695-6684**     **ron@smeberg.com**
Contact phone     Email address

**24033967**     **TX**
Bar number     State

Debtor   **Laurent Tower, LLC**                                    Case number *(if known)*
     Name

■ **Additional Page**

10. Continued

    Debtor **1309 Red River Development Company, LLC**   Relationship **Affiliate**
    District **Western District of Texas**   When **5/5/2025**
                                                                                                       MM / DD / YYYY
    Case number, if known

    Debtor **Wendlandt, William G.**   Relationship **Affiliate**
    District **Western District of Texas**   When **5/5/2025**
                                                                                                       MM / DD / YYYY
    Case number, if known **25-10657**

    Debtor **120 South Main Parking LLC**   Relationship **Affiliate**
    District **Western District of Texas**   When **5/5/2025**
                                                                                                       MM / DD / YYYY
    Case number, if known

Fill in this information to identify the case:

Debtor name: **Laurent Tower, LLC**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | FireTron, Inc<br>10101 Stafford Centre Dr Ste A<br>Stafford, TX 77477-5026 | | | | | | $3,135.14 |
| 2 | Roto-Rooter - Victoria<br>4502 Lilac Ln<br>Victoria, TX 77901-2733 | | | | | | $947.19 |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204            Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims            page 1

Debtor **Laurent Tower, LLC**  
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204      **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**      page 2

Fill in this information to identify the case:

Debtor name: **Laurent Tower, LLC**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/05/2025**
MM/ DD/ YYYY

X **/s/ William Wendlandt**
Signature of individual signing on behalf of debtor

**William Wendlandt**
Printed name

**Manager**
Position or relationship to debtor

Official Form B202       **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Laurent Tower, LLC**　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date　**05/05/2025**　　Signature　　**/s/ William Wendlandt**
　　　　　　　　　　　　　　　　　　William Wendlandt, Manager

Advance Servicing, LLC
15 Main St
Holmdel, NJ 07733-2105

APEX Practice Solutions, Inc.
1908 N Laurent St Ste 410
Victoria, TX 77901-5469

Barrett Daffin Frappier Turner
Mitchell J. Buchman
1900 St. James Place 500
Houston, TX 77056

Cutco / Vector Marketing
1908 N Laurent St Ste 500
Victoria, TX 77901-5471

Duckett, Bouligny & Collins, LLP
Po Box 1567
El Campo, TX 77437-1567

Edward Jones - Financial Advisor
1908 N Laurent St Ste 196
Victoria, TX 77901-5458

FireTron, Inc
10101 Stafford Centre Dr Ste A
Stafford, TX 77477-5026

Forward Financing
53 State St Fl 20
Boston, MA 02109-2820

Freedom Funding, LLC
35 W Davie St
Raleigh, NC 27601-1732

Gardenhouse Coffee & Espresso Bar
1908 N Laurent St 130
Victoria, TX 77901-5468

Golden Crescent Regional Planning Commission
1908 N Laurent St Ste 600
Victoria, TX 77901-5499

Internal Revenue Service
Austin Service Center
Attn Aur
Austin, TX 73301-0001

Kevin D. McCollough
1908 N Laurent St Ste 590
Victoria, TX 77901-5471

Lending Strategy Advisors, LLC
Jose Gonzalez
111. W. Sunset
San Antonio, TX 78209

Majic 95.9 Radio
1908 N Laurent St Ste 572
Victoria, TX 77901-5474

PAD Specialists - Victoria
1908 N Laurent St Ste 120
Victoria, TX 77901-5475

Pest Pros
1908 N Laurent St Ste 192
Victoria, TX 77901-5483

Regency Integrated Health Services
1908 N Laurent St Ste 250
Victoria, TX 77901-5417

Reliant Energy Retail Services, LLC
910 Louisiana St Ste B200
Houston, TX 77002-4914

Roto-Rooter - Victoria
4502 Lilac Ln
Victoria, TX 77901-2733

Shield Funding
5 Paragon Dr
Montvale, NJ 07645-1791

Texas Comptroller of Public Accounts
P.O. Box 13528
Austin, TX 78711-3528

The First State Bank, Louise
Po Box 5
Louise, TX 77455-0005

The Smeberg Law Firm
4 Imperial Oaks
San Antonio, TX 78248-1609

TISD.net
1908 N Laurent St Ste 180
Victoria, TX 77901-5466

Veteran's Administration (VA)
1908 N Laurent St Ste 150
Victoria, TX 77901-5417

Victoria County Tax Office
205 N. Bridge St.
Victoria, TX 77901

Volviendo a Nacir Church
1908 N Laurent St Ste 540
Victoria, TX 77901-5484

Vortex Colorado, LLC
802 Navigation Blvd Ste 204
Corp Christi, TX 78408-2634

William G. Wendlandt
40 N Interstate 35
Austin, TX 78701-4318

# LAURENT TOWER, LLC

**Manager's Resolution**

## ARTICLE I.
### Recitals

Whereas the Manager of LAURENT TOWER, LLC (the "Company"), acknowledge that the Company cannot continue operating in its current financial condition;

Whereas the Manager believes that filing a bankruptcy under Chapter 11, of the Bankruptcy Code to reorganize the Company is the best current option to the Company to realize the largest repayments to creditors of the Company, equity holders and parties in interest;

Whereas the Manager of the Company desires to authorize the Company's Manager, William Wendlandt to execute all documents necessary to place the Company in Chapter 11 bankruptcy reorganization as a Chapter 11 debtor;

Therefore, the Manager of the Company resolves as follows:

## ARTICLE II.
### Resolutions

1. The Manager resolves that the Company shall enter into a Chapter 11 Bankruptcy and William Wendlandt may execute all documents related to the Chapter 11 Bankruptcy on the Company's behalf within his business judgment.
2. The Manager resolves to retain and authorize Smeberg Law Firm, PLLC to take all actions in the Chapter 11 bankruptcy it deems reasonably necessary to protect the Company's interest in accordance with the retainer agreement executed for that purpose.

**IN WITNESS WHEREOF**, the Manager of LAURENT TOWER, LLC has resolved as stated above and has caused his signature, to be set forth below on this the 1st day of May 2025.

*Approved:*

_____
William Wendlandt, *Manager and 100% Member*

2